IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STACY J. McGILL,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation,<br><br>    Defendant. | CV 20–34–M–DLC<br><br><br>ORDER |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 14),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the Parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for July 26, 2021 is VACATED.

DATED this 31st day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court